IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   Alejandra Zaragoza            )    16 B 40878
                                       )
         Debtor(s),                    )    Judge Timothy A Barnes

*Order Modifying Chapter 13 Plan*

IT IS HEREBY ORDERED:

The debtor(s) plan is amended to add the following language to paragraph D1:

On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor(s) shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor(s) shall tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor(s).

Entered: 0 1 JUN 2017

_____
**Judge Timothy A Barnes**
United States Bankruptcy Judge