# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 1:16-bk-40878 |
| ALEJANDRA ZARAGOZA | Chapter 13 |
| Debtor(s) | Honorable Timothy A. Barnes |

## NOTICE OF MOTION

To:    *See attached service list*

**PLEASE TAKE NOTICE** that on **January 17, 2019 at 10:00 a.m.**, the undersigned will appear before the Honorable Timothy A. Barnes at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois and will then and there present **MOTION TO MODIFY CHAPTER 13 PLAN**, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, Joseph Scott Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Marilyn O. Marshall, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on December 19, 2018 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Alejandra Zaragoza*

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    (p)CAPITAL ONE
0752-1                                   Eastern Division                         PO BOX 30285
Case 16-40878                            219 S Dearborn                           SALT LAKE CITY UT 84130-0285
Northern District of Illinois            7th Floor
Chicago                                  Chicago, IL 60604-1702
Tue Dec 18 11:00:00 CST 2018

Cavalry SPV I, LLC                       Chase Card                               Chase Card
500 Summit Lake Drive, Ste 400           Attn: Correspondence                     Po Box 15298
Valhalla, NY 10595-2321                  PO Box 15298                             Wilmington, DE 19850-5298
                                         Wilmington, DE 19850-5298


Comenity Capital Bank                    Department Store National Bank           Department of the Treasury
C/O Weinstein & Riley P.S.               c/o Quantum3 Group LLC                   Internal Revenue Service
2001 Western Ave Ste. 400                PO Box 657                               PO Box 7346
Seattle, WA 98121-3132                   Kirkland, WA  98083-0657                 Philadelphia, PA 19101-7346


Illinois Department of Revenue           LVNV Funding, LLC                        LVNV Funding, LLC its successors and assigns
Bankruptcy Section                       Resurgent Capital Services               assignee of LendingClub Corporation &
PO Box 64338                             PO Box 10587                             LC Trust I
Chicago, IL 60664-0291                   Greenville, SC  29603-0587               Resurgent Capital Services
                                                                                  PO Box 10587
                                                                                  Greenville, SC 29603-0587

Lending Club Corp                        MIDLAND FUNDING LLC                      Navient
71 Stevenson St Ste 300                  PO Box 2011                              Attn: Claims Dept
San Francisco, CA 94105-2985             Warren, MI 48090-2011                    PO Box 9500
                                                                                  Wilkes-Barr, PA 18773-9500


Navient                                  (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Synchrony Bank/Amazon
Po Box 9500                              PO BOX 41067                             PO Box 965064
Wilkes Barre, PA 18773-9500              NORFOLK VA 23541-1067                    Orlando, FL 32896-5064


Synchrony Bank/Amazon                    Synchrony Bank/Banana Republic           Synchrony Bank/Banana Republic
Po Box 965015                            PO Box 965064                            Po Box 965005
Orlando, FL 32896-5015                   Orlando, FL 32896-5064                   Orlando, FL 32896-5005


Synchrony Bank/Care Credit               Synchrony Bank/Care Credit               Synchrony Bank/Gap
C/o Po Box 965036                        PO Box 965064                            Po Box 965005
Orlando, FL 32896-0001                   Orlando, FL 32896-5064                   Orlando, FL 32896-5005


Synchrony Bank/Paypal                    Synchrony Bank/Sams                      Synchrony Bank/Sams
PO Box 965064                            PO Box 965060                            Po Box 965005
Orlando, FL 32896-5064                   Orlando, FL 32896-5060                   Orlando, FL 32896-5005


TD Bank USA, N.A.                        Target                                   Target
C/O Weinstein & Riley P.S.               C/O Financial & Retail Services          Po Box 673
2001 Western Ave Ste. 400                Mailstopn BT PO Box 9475                 Minneapolis, MN 55440-0673
Seattle, WA 98121-3132                   Minneapolis, MN 55440-9475
```

United Credit Union
4444 S Pulaski Road
Chicago, IL 60632-4011

VW Credit, Inc.
PO Box 9013
Addison, TX 75001-9013

Visa Dept Store National Bank
Po Box 8218
Mason, OH 45040-8218

Visa Dept Store National Bank/Macy's
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040-8053

Volkswagen Credit, Inc
2333 Waukegan Rd
Deerfield, IL 60015-5508

Volkswagen Credit, Inc
PO Box 3
Hillsboro, OR 97123-0003

(p)VON MAUR INC
6565 BRADY STREET
DAVENPORT IA 52806-2054

Alejandra Zaragoza
1329 W 32nd Place
Chicago, IL 60608-6304

Joseph S Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Ave
Suite 200
Lombard, IL 60148-7103

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
15000 Capital One Dr
Richmond, VA 23238

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK, N.A.
(CAPITAL ONE BANK, N.A.)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK, N.A.
(HOUSEHOLD BANK)
POB 41067
Norfolk, VA 23541

Von Maur, Inc
6565 Brady
Davenport, IA 52806

(d)Von Maur, Inc
Attn: Credit Dept
6565 Brady Street
Davenport, IA 52806

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

(d)Lending Club Corp
71 Stevenson Street
Suite 300
San Francisco, CA 94105-2985

End of Label Matrix
Mailable recipients    40
Bypassed recipients     2
Total                  42

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

ALEJANDRA ZARAGOZA

Debtor(s)

Case No. 1:16-bk-40878

Chapter 13

Honorable Timothy A. Barnes

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES, ALEJANDRA ZARAGOZA ("Debtor"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., pursuant to 11 U.S.C. §1329 moves this Court to Modify Chapter 13 Plan, and in support thereof, states as follows:

1. On December 31, 2016, Debtor initiated a bankruptcy case in the Northern District of Illinois by filing a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. On June 1, 2017, an Order Confirming Plan was entered.

3. Debtor's confirmed plan provides, in pertinent part:

    1. *Initial plan term*. The debtor will pay to the trustee $274.00 monthly for 11 months [and $567.33 per month for 49 months] [$4,989.00 lumpsum payment in month 3] for total payments, during the initial plan term, of $35,802.17.

    8. *General unsecured claims (GUCs)*. All allowed nonpriority unsecured claims, not specially classified, including unsecured deficiency claims under 11 U.S.C. § 506(a), shall be paid, pro rata … no less than 37% of allowed amount.

4. From August 1, 2018 to present, Debtor did not receive an income as result of having been on maternity leave resulting in $1,929.98 default in payments to trustee.

5. On January 7, 2019, Debtor will resume work; thus will be able to resume making payments to trustee.

6. Accordingly, Debtor proposes deferring the $1,929.98 default, and paying to the trustee to $621.00 monthly for the remaining 36 months – beginning with the January 2019 payment.

7. Modifying Debtor's plan will not prejudice the general unsecured creditors, as they will be paid, no less than 37% of allowed amount, as provided for in Debtor's confirmed plan.

8. A true and correct copy of Debtor's Amended Schedule I and Schedule J is attached hereto as Exhibit A.

9. A true and correct copy of Debtor's affidavit in support of this Motion is attached hereto as Exhibit B.

**WHEREFORE**, Debtor respectfully requests this Court enter an Order Modifying Debtor's Chapter 13 Plan to defer the $1,929.98 default to the end of the plan term; to increase the Debtor's payment to the trustee to $621.00 for the remaining 36 months – beginning with the January 2019 payment; and grant any other relief deemed appropriate and equitable.

Dated: December 19, 2018              Respectfully submitted,

*/s/ Joseph Scott Davidson*

Joseph Scott Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Alejandra Zaragoza*