IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:

ALEJANDRA ZARAGOZA

Debtor(s)

Case No. 1:16-bk-40878

Chapter 13

Honorable Timothy A. Barnes

### AFFIDAVIT OF ALEJANDRA ZARAGOZA
### IN SUPPORT OF MOTION TO MODIFY PLAN

I, ALEJANDRA ZARAGOZA, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief.

1. That I am the debtor in the above-captioned bankruptcy case, and have knowledge of the facts contained within this affidavit.

2. That on December 31, 2016, I filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

3. That from August 1, 2018 to present, I did not receive an income as result of having been placed on maternity leave.

4. That on January 7, 2019, I will resume work; thus be able to make plan payments to the trustee.

5. That this Motion is being filed in good faith, with the intention of reordering my affairs and effectively reorganizing my debts.

By signing this Affidavit, I declare under penalty of perjury that all of the information contained herein is true and accurate, and acknowledge that the Court may rely on the truth of this Affidavit in determining whether to modify my Chapter 13 Plan. I understand that the Court may

revoke its Order Modifying Chapter 13 Plan should the statements contained herein prove to be inaccurate.

Dated: December 18, 2018

_____
ALEJANDRA ZARAGOZA

SUBSCRIBED AND SWORN to
before me this 18th day of December, 2018.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
JASMIN GALINDO
Notary Public, State of Illinois
My Commission Expires 11/15/2020